UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM REED,

    Plaintiff,

Case No. 1:16-CV-572

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **VACATED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner is directed to reevaluate Plaintiff's RFC and Dr. Andert's opinion.

Dated: April 28, 2017            /s/ Paul L. Maloney
                                                   PAUL L. MALONEY
                                                   UNITED STATES DISTRICT JUDGE