UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM REED,

      Plaintiff,

Case No.: 1:16-cv-572

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 18). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for attorney fees and costs pursuant to the Equal Access to Justice Act (ECF No. 17) is **GRANTED**. Judgment shall enter in plaintiff's favor in the amount of $3,237.50.

Dated: August 16, 2017            /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge