UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM REED,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:16-cv-572

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks an award of attorney fees pursuant to 42 U.S.C. § 406(b). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 30, 2018. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff' counsel shall **REFUND** to Plaintiff the previously awarded EAJA fee in the amount of **$3,237.50**.

Dated:  November 26, 2018
                                                     /s/  Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge